JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUNKHZUL JAMSRAM, an individual, A.G., a minor by and through her guardian ad litem, ENKHJARGAL RADNAA; M.G., a minor by and through her guardian ad litem, ENKHJARGAL RADNAA;<br><br>    Plaintiffs,<br><br>    v.<br><br>NORTH SUMMIT COMPANY, LLC., CALIFORNIA LIMITED LIABILITY COMPANY; NORTH SUMMIT COMPANY, LLC. doing business as VILLA VERDE APARTMENTS, and DOES 1 THRU 10, INCLUSIVE,<br><br>    Defendants | No. CV 14-5488-GW(PJWx)<br><br>**ORDER**<br>_____ |

After considering the Stipulation for Dismissal filed herein, IT IS HEREBY ORDERED THAT:

The complaint filed by Plaintiffs in this matter is hereby dismissed with prejudice as to all Defendants, with each party bearing their own costs and attorney's fees.

**IT IS SO ORDERED**

Dated: March 26, 2015

_____
GEORGE H. WU, U.S. District Judge